petitioners. *Messrs. Angus Roy Shannon* and *William C. Graves* for respondents.

No. 825. L. SINGER & SONS ET AL. *v.* UNION PACIFIC RAILROAD Co.; and

No. 826. KANSAS CITY, MISSOURI, *v.* L. SINGER & SONS ET AL. April 22, 1940. Petitions for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. John M. Cleary* for petitioners. *Mr. Henry N. Ess* for Union Pacific Railroad Co., respondent.

No. 581. PALMER ET AL., TRUSTEES, *v.* CONNECTICUT RAILWAY & LIGHTING Co. April 22, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. James Garfield* and *Hermon J. Wells* for petitioners. *Mr. George W. Martin* for respondent.

No. 605. MILAR *v.* BURLEIGH, EXECUTRIX, ET AL. January 29, 1940. Petition for writ of certiorari to the Supreme Court of Ohio, and motion for leave to proceed further *in forma pauperis,* denied. *Anna May Milar, pro se.*

No. 617. STEWART *v.* ST. SURE, U. S. DISTRICT JUDGE. January 29, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* de-